IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TING HAO YANG, individually, | ) | 4:06CV3290 |
| YU CHEN HUANG, individually, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| EMILIO T. GONZALEZ, as Director of the U.S. Citizenship and Immigration Services; ALBERTO R. GONZALEZ, as Attorney General of the United States, | ) ) ) ) ) ) ) | |
| Defendants. | | |

IT IS ORDERED that Plaintiffs' motion for an enlargement of time (filing 14) is granted, as follows:

Plaintiffs shall have until April 25, 2007, to respond to Defendants' motion to dismiss (filing 11).

March 21, 2007.                    BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge