IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TING HAO YANG and YU CHEN HUANG, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>EMILIO T. GONZALEZ, et al., )<br>)<br>Respondents. ) | Civ. No. 4:06CV3290<br><br>ORDER |

UPON the Respondents' Motion for an Extension of Time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) (filing number 15);

AND for good cause shown,

IT IS HEREBY ORDERED that the Respondents' motion is granted. The parties shall have thirty (30) days to meet and confer after the court has filed an order on Respondents' Motion to Dismiss.

DATED this 22nd day of March, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge